[No. 30036-9-I.    Division One.    May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT T. KOTTWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03570-5, Anthony P. Wartnik, J., entered January 28, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Grosse, JJ.

[No. 33363-1-I.    Division One.    May 2, 1994.]

HEATHER TETZLAFF, ET AL, *Appellants*, v. JAMES A. BIRCHARD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-28375-1, Marilyn R. Sellers, J., entered August 4, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31297-9-I.    Division One.    May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. W.R.D., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-8-01496-7, Richard J. Thorpe, J., entered August 26, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse and Baker, JJ.

[No. 31587-1-I.    Division One.    May 2, 1994.]

WILLIAM L. GEIER, *Appellant*, v. THE BOEING COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-00403-8, Charles W. Mertel, J., entered October 26, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Kennedy, JJ.